UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 NOV 30 PM 3:40

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

DONALD FIELDS,

        Plaintiff,

v.                         No. 05-2088-DV

RONNIE COLE, et al.,

        Defendants.

## SCHEDULING ORDER

After a review of the pleadings in this case, the court has determined that this order should be entered for the purposes of scheduling dates for the completion of certain pre-trial activities; the following dates are established as the final dates for:

**FILING MOTIONS TO JOIN PARTIES:** Tuesday, February 28, 2006

**FILING MOTIONS TO AMEND PLEADINGS:** Tuesday, February 28, 2006

**FILING PRE-TRIAL MOTIONS OF ANY OTHER KIND:** Tuesday, May 30, 2006

**COMPLETING ALL DISCOVERY** pursuant to Federal Rules of Civil Procedure 26 through 35 and Rule 37: Tuesday, March 28, 2006

This case is set for non-jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This order will not be modified except upon showing of good cause.

It is SO ORDERED this 29th day of November, 2005.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12/1/05

Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02088 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Jennifer L. Brenner
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202

Donald Fields
WEST TENNESSEE STATE PRISON
307755
P.O. Box 1150
Memphis, TN 38041--115

Honorable Bernice Donald
US DISTRICT COURT